UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**PEARNELL L. SCROGGINS,**

       Plaintiff,                 CIVIL ACTION NO. 15-cv-10366

   v.

**COMMISSIONER OF**         MAGISTRATE JUDGE MONA K. MAJZOUB
**SOCIAL SECURITY,**

       Defendant.
_____/

## JUDGMENT

In accordance with the Court's "Opinion and Order" dated March 21, 2016,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Pearnell L. Scroggins.


Dated: March 21, 2016        s/ Mona K. Majzoub
                                       MONA K. MAJZOUB
                                       UNITED STATES MAGISTRATE JUDGE


## PROOF OF SERVICE

I hereby certify that a copy of this Judgment was served upon counsel of record on this date.

Dated: March 21, 2016        s/ Lisa C. Bartlett
                                       Case Manager